**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PAULA K. DILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:14-cv-331-SEB-DKL |
| | ) | |
| STATE OF INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

## Entry Dismissing Action and Directing Entry of Final Judgment

The plaintiff was given an opportunity to file an amended complaint after the Court dismissed the original complaint. She has not done so. Accordingly, this action is dismissed for failure to state a claim upon which relief can be granted as explained in the Entry of March 31, 2014. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 05/08/2014

Sarah Evans Barker

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paula Dill, 1031 S. Edgewood Terrace, Apt. 14, French Lick, IN 47432